[No. 31823-3-I.   Division One.   December 6, 1993.]

PHILIP HEMENWAY, ET AL, *Appellants*, v. KING COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-06998-1, Liem E. Tuai, J., entered October 29, 1992. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Coleman, J.

[No. 30164-1-I.   Division One.   December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ODILON MOLINA-AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00756-2, David A. Nichols, J., entered February 24, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Coleman, J.

[No. 15266-5-II.   Division Two.   December 7, 1993.]

*In the Matter of the Marriage of* SUSAN CLARICE CARROLL, *Appellant, and* GLENN PAUL WELLS, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 89-3-00151-6, James B. Sawyer II, J., entered June 10, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, C.J., concurred in by Seinfeld and Houghton, JJ.